DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE ZOLDAN,**
Appellant,

v.

**THE ENTRADA CONDOMINIUM, INC.,**
**INGRID E. WATKINS, P.A., INGRID E. WATKINS,** in her principal,
fiduciary capacity and as an individual, **ADAH GAINES,** in her fiduciary
capacity and as an individual, and **ELIZABETH WATKINS,** in her
fiduciary capacity and as an individual,
Appellees.

No. 4D21-538

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE13-
010631.

Kenzie N. Sadlak of Kenzie N. Sadlak, PA, Miami, for appellant.

Ingrid E. Watkins of Ingrid E. Watkins, P.A., Plantation, for appellees
Ingrid E. Watkins, P.A. and Ingrid E. Watkins.

Neil F. McGuinness of McGuinness & Cicero, Sunrise, for appellees
Adah Gaines and Elizabeth Watkins.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***